JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANITA CAGLE, individually and on behalf of the class of similarly situated persons, | ) ) ) ) | |
| Plaintiff, | ) | Case No.: CV11-02940 AHM (JEMx) |
| v. | ) ) | |
| ANTI-AGING ESSENTIALS, INC.; GENERAL NUTRITION CENTERS, INC.; MARKELL D. BOULIS; ANGEL BOULIS; BELMONT CONFECTIONS, INC.; and DOES 1-300, inclusive, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

In accordance with the Court's June 4, 2012, Order Granting Motion for Final Approval of Settlement of Class Claims Against All Defendants (the "Approval Order"), the Court hereby ORDERS, ADJUDGES, AND DECREES as follows:

      a. Pursuant to the Approval Order, this action is dismissed in its entirety, with prejudice;

      b. As specified in the Approval Order, the Court retains jurisdiction for purposes of implementation of the Approval Order.

- 1 -

    c.  Except as otherwise provided for in the Approval Order, the parties are each responsible for their own costs; and

    d.  This is a Final Judgment disposing of all claims asserted by or against all parties.

Dated:  June 13, 2012

_____

Honorable A. Howard Matz
UNITED STATES DISTRICT JUDGE

JS-6